**Entered on Docket**
**June 01, 2010**

_____

**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN 11185
Sherry A. Moore, Esq., SBN 11215
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for Secured Creditor, HSBC Bank USA, National Association, as Trustee for Nomura
Asset Acceptance Corporation, Mortgage Pass-Through Certificates Series 2006-AR1, its
assignees and/or successors and the servicing agent AMERICAS SERVICING COMPANY

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-16020-lbr |
| | ) |
| Nerses Kopalyan, | ) Chapter 7 |
| Armine Darmandjian, | ) |
| | ) DATE: 05/25/10 |
| Debtors. | ) TIME: 10:00 am |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

_Rev. 12.09_

M&H File No. NV-10-26628
10-16020-lbr

1

2

3

      The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

4

5

6

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 4297 Apex Drive, Las Vegas, NV 89147.

7

8

      Secured Creditor will provide not less than 7 days notice of the date, time, and location of the currently scheduled foreclosure sale to the debtors or as otherwise provided by Nevada law.

9

10

IT IS SO ORDERED.

11

12

13

Submitted by:
McCarthy & Holthus, LLP

14

15

*/s/Christopher K. Lezak*
Christopher K. Lezak, Esq.

16

17

9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329

18

19

Approved/Disapproved

20

*Order Filed 04/21/10-no response received*
Gary S. Fink, Esq.

21

22

6600 West Charleston Boulevard, Suite 134
Las Vegas, NV 89146
702-834-7500

23

24

Approved/Disapproved

25

*Order Filed 04/21/10-no response received*
Brian D. Shapiro

26

27

411 East Bonneville Avenue # 300
Las Vegas, NV 89101

28

29

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

X  This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐  I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: Gary S. Fink- Order Filed 04/21/10-no response received

Unrepresented parties appearing: None

Trustee: Brian D. Shapiro- Order Filed 04/21/10-no response received

Submitted by:
McCarthy & Holthus, LLP

/s/ Christopher K. Lezak.
Christopher K. Lezak, Esq.
.

### #